**Juan SAGRERO–ALCUDIA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 10–2698.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 5, 2011.

Filed: Jan. 11, 2011.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Mexican citizen Juan Sagrero–Alcudia petitions for review of an order of the Board of Immigration Appeals which affirmed an immigration judge's denial of his application for cancellation of removal. We lack jurisdiction to review the discretionary determination that Sagrero–Alcudia failed to show his removal would result in exceptional and extremely unusual hard-

ship to his United–States–citizen children. *See Zacarias–Velasquez v. Mukasey,* 509 F.3d 429, 434 (8th Cir.2007). Accordingly, we dismiss the petition.